# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CR-21 (WLS-ALS-2) |
| | : | |
| WILLIAM ALLEN ROBERTS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Previously, this case was declared complex, and the trial in this case was set to commence at a specially set trial date during the Court's Valdosta Division August 2025 trial term, and its conclusion, or as otherwise ordered by the Court. (*See* Doc. 127). In light of this, the Parties shall review the case, confer, and inform the Court no later than **Wednesday, July 9, 2025,** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; otherwise, this case will be noticed for a pretrial conference with a specially set trial date to commence during the Court's August 2025 term.

**SO ORDERED**, this 2nd day of July 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**