# UNITED STATES DISTRICT COURT

for the

## Middle District of Georgia

| | | |
|---|---|---|
| William Allen Roberts | **Repayment Agreement and Order** | No: 7:24-CR-00021-002 |

On October 30, 2025, William Allen Roberts was sentenced to 6 months imprisonment followed by a 60-month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Roberts. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on October 30, 2025, I have been ordered to pay a total restitution of $390,475.84 and a special assessment of $100.00.

2. On January 15, 2026, I began my service of 60 months of supervised release. The mandatory assessment was satisfied on January 29, 2026. The current balance of my restitution is $39,035,084.00.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of May 2026, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $100.00 per month during the term of supervision.

| | |
|---|---|
| William Allen Roberts | 4/10/26 Date |
| Gerald M. Bazell, U.S. Probation Officer | 4/10/26 Date |
| Assistant U.S. Attorney | 05/04/2026 Date |

---

**THE COURT ORDERS:**

☑ Approval   ☐ Disapproval

W. Louis Sands
Senior U.S. District Judge

05/05/26
Date